

Pacific Northwest National Scenic Trail Comprehensive Plan Outline

> **Commented [BPB1]:**
> Key
> NTSA = National Trails System Act
>
> Items in **red bold** are components of the Comprehensive Plan per NTSA Section 5 (e)
>
> Items in ***red bold italics*** are specifically called out in the NTSA as matters on which the Secretary shall consult with the Advisory Council.

Introduction
    Welcome from the Chief
Executive Summary
Glossary

I. Introduction
    Background
        Historic Overview and Significance of the Trail
            The Big Idea
            Historical Development
            Pacific Northwest Trail Feasibility Study       **Commented [BPB2]:** NTSA Sec 5(b), 5(c) 22
            Congressional Designation
            Into the Future
        National Trails System Act, Other Legal Authorities, and Legislative History
            National Trails System
    Purpose of the Comprehensive Plan
    Comprehensive Planning Framework
        Legislative Authorities and Requirements for Planning     **Commented [BPB3]:** NTSA Sec 5(e)

II. Planning and Management Process
    Agency Responsibilities
        Forest Service as Administering Agency     **Commented [BPB4]:** NTSA Sec 5(a), 30 C
        Interagency Memorandum of Understanding for National Scenic and Historic Trails
    National Environmental Policy Act Requirements
        Environmental Assessment
    Public Involvement
        Role of Volunteer Citizens in Planning, Development, Maintenance, and Management, where appropriate   **Commented [BPB5]:** NTSA Sec 2(c)
        Advisory Council     **Commented [BPB6]:** NTSA Sec 5(d)
    Relationship to Other Plans and Policies
        Federal Agency Plans
            Forest Service and Bureau of Land Management Land Management Plans   **Commented [BPB7]:** NTSA Sec 7(a) 2
            National Park Service Foundation Documents and Management Plans
            Other Area Plans
                Other National Scenic and Historic Trails
                Special Management Areas
                Wilderness and Wild & Scenic Rivers
            Project-level Planning for the Pacific Northwest National Scenic Trail
        Forest Service Trails Policies and Strategies
            FSM 2353

        Sustainable Recreation and Regional Recreation Strategies
        Tribal, State, and Municipal Plans

III. **Description of the Pacific Northwest National Scenic Trail Corridor**
    Nature and Purposes of the Pacific Northwest National Scenic Trail    *[Commented [BPB8]: NTSA Sec 7(c)]*
        Background for Nature and Purposes
        Statement of Nature and Purposes
    Pacific Northwest National Scenic Trail Route as Designated by Congress    *[Commented [BPB9]: NTSA Sec 5(a), 30]*
        Description of the Congressional Route
            Regions of the Trail
        Significant Resources
            Natural
            Scenic
            Historic
            Cultural    *[Commented [BPB10]: NTSA Sec 3(a), 2]*
        Socio-economic Environment
            Regional Context
            Gateway Communities
            Public-Use Facilities and Visitor Services    *[Commented [BPB11]: NTSA Sec 7(c)]*
        Threats, Conflicting Uses, and Management Challenges
    Future Adjustments of the Congressionally-designated Pacific Northwest National Scenic Trail Route
        Authority and Process for Adjustments of the Route
            Definition of Substantial / Non-substantial Relocations    *[Commented [BPB12]: NTSA Sec 7(b)]*
            Protocol for Temporary and Emergency Reroutes
        Key Resources / Issues to be Addressed through Future Changes to the Route
            Maximum Outdoor Recreation Potential
            Conservation and enjoyment of Nationally Significant Resources
            Multiple-Use Management and Concerns for Other Resources    *[Commented [BPB13]: NTSA Sec 3(a), 2]*
            Non-motorized Route    *[Commented [BPB14]: NTSA Sec 7(c)]*
            Impacts to Private Lands    *[Commented [BPB15]: NTSA Sec 7 (a) 2]*
            Sustainable Recreation and Budget Context
        Congressional, Interim, and Future Routes
        Connecting or Side Trails    *[Commented [BPB16]: NTSA Sec 3(a), 4]*
    *Selection of Pacific Northwest National Scenic Trail Corridor Rights-of-Way*    *[Commented [BPB17]: NTSA Sec 7(a) 2]*
        Background for Corridor Rights-of-Way
        Description of the Corridor Rights-of-Way

IV. *Trail Administration* **and Management**
    Legislative Authorities and Requirements for Administration and Management
    Goals and Objectives
        Nature and Purposes

- Primary Trail Uses [Commented [BPB18]: NTSA Sec 7(j)]
- Desired Conditions
  - Trail Experience
  - Outcomes and Benefits
- Policies and Direction
  - Rights-of-Way
    - Publication in the Federal Register [Commented [BPB19]: NTSA Sec 7(a) 2]
    - Establishing Boundary Legal Description
    - Overlap with Other Congressionally Designated Areas
      - Other National Scenic and Historic Trails
      - Wilderness and Wild & Scenic Rivers
      - National Recreation Areas
    - Rights-of-Way on Non-Federal Lands [Commented [BPB20]: NTSA Sec 7(a) 2]
      - Willing-Seller Acquisition [Commented [BPB21]: NTSA Sec 5(a) 30 D]
      - Easements [Commented [BPB22]: NTSA Sec 7(k)]
      - Donations
      - Cooperation and Agreements [Commented [BPB23]: NTSA Sec 7(d), (e)]
  - Permits
    - Areas Where Backcountry Permits are Required
    - Administration and Coordination of Permits
    - Passes and Fees
  - Health and Safety
    - Hazards
    - Emergency Communications and Coordination
  - Education, Interpretation, and Other Visitor Services [Commented [BPB24]: NTSA Sec 7(c)]
  - Promoting Trail Access and Volunteer Citizen Stewardship
    - Gateway Communities and Local Trail Systems
    - Volunteer Citizens and Non-Governmental Organizations [Commented [BPB25]: NTSA Sec 11(a) 1]
    - Diversity and Inclusiveness
    - Accessibility
    - Youth
  - Process and Criteria for Consideration of Other Uses [Commented [BPB26]: NTSA Sec 7(c)]
- Roles and Responsibilities for Administration and Management
  - Administering Agency
  - Managing Agencies [Commented [BPB27]: NTSA Sec 7(a) 1 A]
  - Non-Federal Landowners [Commented [BPB28]: NTSA Sec 7(i)]
    - Recreational Use Liability
  - Non-Governmental Organizations

**V. Trail Development, Protection, and Maintenance**
- Trail Development and Maintenance
  - Trail and Facility Standards

- General Trail Standards and Development Guidelines
- General Facility Development Guidelines
- *Standards for the Erection and Maintenance of Markers Along the Trail*  [Commented [BPB29]: NTSA Sec 7(c)]
- Maintenance
  - Agency Responsibilities and Resources
  - Volunteer Citizen Involvement  [Commented [BPB30]: NTSA Sec 11(b), (c)]
  - Partnerships and Agreements for Trail Maintenance
  - Liability for Partner and Volunteer Involvement in Trail Maintenance
- Treatment of Connecting or Side Trails
- Resource Protection and Management
  - Trail Protection Plan
    - Objectives and Practices
      - Identification of Resources to Be Preserved
        - Natural
        - Historical
        - Cultural
      - Recreation
      - Visual Resource Management
      - Other Resources
    - Carrying Capacity
      - Plan for Implementation of Carrying Capacity

VI. Implementation
- Priority Actions
  - Land Acquisition Plan by Fiscal Year
  - Priority Site-Specific Trail and Facility Development Projects
  - Protection Plan for Lands Not to be Acquired
    - Anticipated Necessary Cooperative Agreements
  - Sign Plan
- Estimated Costs
  - Sources of Funding
- Cooperative Agreements  [Commented [BPB31]: NTSA Sec. 7 (h)]
  - Existing
  - Anticipated
- Adaptive Management
  - Research Needs
  - Monitoring and Evaluation
  - Collaboration and Public Involvement

References and Index

Appendices