| USDA | United States Department of Agriculture | Forest Service | Kootenai National Forest | Forest Supervisor's Office 31374 US Highway 2 Libby, MT 59923-3022 406-293-6211 |

EXHIBIT B

**File Code:** 2300
**Date:** July 8, 2019

Kootenai Forest Stakeholders Coalition
Executive Board
240 Birch Lane
Troy, MT 59935

Dear Executive Board,

Thank you for your June 3rd letter regarding the request to suspend activities along the Pacific Northwest Trail (PNT) on the Kootenai National Forest (KNF), and your offer of assistance in future planning. We appreciate your interest in development of the trail management plan and other activities planned on surrounding lands. Currently, the Kootenai Forest Plan guides our management of the congressionally designated PNT. The comprehensive planning process for the PNT allows the KNF to continue to carry out its management responsibilities along the PNT (signing, maintenance, or site-specific projects) concurrently.

The Forest Service is working to renew the charter for an advisory council for the PNT. When the advisory council is reestablished, the Forest Service will meet with this group to consult on the rights-of-way as part of the broader planning effort to prepare the legislatively required comprehensive plan for the PNT. Information about the advisory council will be posted at www.fs.usda.gov/pnt. It will also be sent to individuals and organizations who have previously expressed interest in the PNT, including the Kootenai Forest Stakeholder Coalition (KFSC).

I am also sending your letter to the PNT staff for inclusion in the project record for the comprehensive plan. More information about that planning effort can be found at the following project website: https://www.fs.usda.gov/project/?project=52259. Federal actions associated with the comprehensive plan are subject to the National Environmental Policy Act (NEPA), including provisions for public involvement.

Thank you again for sharing your concerns about activities near the PNT and your offer to explore proposed alternative locations. Please contact Becky Blanchard, PNT Coordinator, or Mary Laws, KNF Recreation Program Manager if you have any questions. We look forward to continued engagement with the KFSC through this process.

Sincerely,

CHERYL F. PROBERT
Forest Supervisor

cc: Leanne Marten, Jane Darnell, Carol McKenzie, Joe Alexander, Becky Blanchard, Brian J Lefler, Kent Wellner, Mary Laws



Caring for the Land and Serving People          Printed on Recycled Paper