JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| YAAK VALLEY FOREST COUNCIL, | )<br>)<br>) |
| Plaintiff, | ) Case No. 9:19-cv-143-DWM<br>) |
| v. | )<br>) |
| SONNY PERDUE, Secretary of Agriculture; UNITED STATES FOREST SERVICE; U.S. FOREST SERVICE, Northern Region; KOOTENAI NATIONAL FOREST; LEANNE MARTEN, Regional Forester, Northern Region; CHAD BENSON, Forest Supervisor, Kootenai National Forest, | ) NOTICE OF LODGING THE<br>) ADMINISTRATIVE RECORD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Federal Defendants. | ) |

Consistent with the Order dated February 10, 2020, ECF No. 12, Federal Defendants hereby notice the lodging of the Administrative Record in the above-captioned case with the Court. The Administrative Record is contained on a single flash drive. The certification of the Administrative Record by Dori A. Abernathy, Regional Litigation and Freedom of Information Act/Privacy Act Support Specialist for the U.S. Department of Agriculture-Forest Service, is attached as Exhibit 1. The index for the Administrative Record is attached as Exhibit 2. The flash drive containing the Administrative Record also includes an electronic copy of the index that is hyperlinked to the documents.

Two copies of the Administrative Record are being sent to the Clerk's Office via FedEx. One copy is intended for the chambers of the Honorable Donald W. Molloy. A copy of the Administrative Record is also being sent to Emily Wilmott, counsel for Plaintiff.

Respectfully submitted on this 5th day of August, 2020.

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        Environment & Natural Resources Division

        */s/ Shaun M. Pettigrew*
        SHAUN M. PETTIGREW
        Trial Attorney
        Natural Resources Section

                c/o NOAA, Damage Assessment
                7600 Sand Point Way, NE
                Seattle, WA 98155
                Phone: (206) 526-6881
                shaun.pettigrew@usdoj.gov

*Counsel for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

>/s/ *Shaun M. Pettigrew*
>Shaun M. Pettigrew
>Attorney for Federal Defendants