Graham J. Coppes
Emily F. Wilmott
Ferguson Law Office, PLLC
PO Box 8359
Missoula, Montana 59807
Telephone: (406) 532.2664
Fax: (406) 532.2663
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| YAAK VALLEY FOREST COUNCIL, | )<br>)<br>) |
| Plaintiff, | ) Case No. 9:19-cv-143-DWM<br>) |
| v. | )<br>) |
| SONNY PERDUE, Secretary of Agriculture; UNITED STATES FOREST SERVICE; U.S. FOREST SERVICE, Northern Region; KOOTENAI NATIONAL FOREST; LEANNE MARTEN, Regional Forester, Northern Region; CHAD BENSON, Forest Supervisor, Kootenai National Forest, | ) PLAINTIFF'S MOTION FOR<br>) SUMMARY JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Federal Defendants. | ) |

Plaintiff respectfully moves this Court for summary judgment on the merits of this case. Defendants' failure to produce a Comprehensive Management Plan for the Congressionally designated Pacific Northwest Trail violates the National Trails

System Act (NSTA) 16 U.S.C. 1244 §§ (e) and (f) and the Administrative Procedure Act (APA), 5 U.S.C. §§ 701 et seq. Plaintiff files a brief in support of this motion.

Respectfully submitted on this 2nd day of October, 2020.

/s/ Emily F. Wilmott
Emily F. Wilmott
Graham Coppes
FERGUSON LAW OFFICE, PLLC
PO Box 8359
Missoula, Montana 59807
(406) 532.2664
(406) 532.2663
emilyw@fergusonlawmt.com
grahamc@fergusonlawmt.com

*Attorney for Plaintiff*