IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| YAAK VALLEY FOREST COUNCIL, | CV 19–143–M–DWM |
| Plaintiff, | ORDER |
| vs. | |
| SONNY PERDUE, Secretary of Agriculture; UNITED STATES FOREST SERVICE; U.S. FOREST SERVICE, Northern Region; KOOTENAI NATIONAL FOREST; LEANNE MARTEN, Regional Forester, Northern Region; CHAD BENSON, Forest Supervisor, Kootenai National Forest, | |
| Defendants. | |

IT IS ORDERED that the pending motions for summary judgment, (Docs. 19, 21), are set for oral argument on July 22, 2021, at 9:00 a.m. in the Russell Smith Federal Courthouse, Missoula, Montana. Argument will be in person and each side will be given thirty (30) minutes.

DATED this 3rd day of June, 2021.

Donald W. Molloy, District Judge
United States District Court