IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| YAAK VALLEY FOREST COUNCIL, | CV 19-143-M-DWM |
| Plaintiff, | JUDGMENT |
| vs. | |
| TOM VILSACK, Secretary of Agriculture; UNITED STATES FOREST SERVICE; U.S. FOREST SERVICE, Northern Region; KOOTENAI NATIONAL FOREST; LEANNE MARTEN, Regional Forester, Northern Region; CHAD BENSON, Forest Supervisor, Kootenai National Forest, | |
| Defendants. | |

This action came before the Court for determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED, consistent with the Court's Opinion & Order, that Yaak Valley's motion for summary judgment, (Doc. 19), is GRANTED IN PART and DENIED IN PART. The Forest Service's cross-motion for summary judgment, (Doc. 22), is GRANTED as to Yaak Valley's request for additional injunctive relief (part of Claim V) and DENIED in all other respects.

This matter is REMANDED to the agency and the matter is now closed.

Dated this 28th day of September, 2021.

TYLER P. GILMAN, CLERK
By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk