IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| YAAK VALLEY FOREST COUNCIL, | CV 19–143–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| SONNY PERDUE, Secretary of Agriculture; UNITED STATES FOREST SERVICE; U.S. FOREST SERVICE, Northern Region; KOOTENAI NATIONAL FOREST; LEANNE MARTEN, Regional Forester, Northern Region; CHAD BENSON, Forest Supervisor, Kootenai National Forest, | |
| Defendants. | |

Plaintiff Yaak Valley Forest Council moved for attorney fees, (Doc. 40), and the parties' jointly requested a stay to conduct settlement discussions, (Doc. 42). The joint motion for a stay was granted with directions for the parties to indicate whether briefing on the motion for attorney fees should resume or whether the issue was resolved by March 28, 2022. (Doc. 43.) Accordingly, the parties filed a

1

joint status report advising that the briefing on the fees issue should resume. (Doc. 44.) Accordingly,

    IT IS ORDERED that the stay put in place on March 7, 2022, is LIFTED.

    IT IS FURTHER ORDERED that the Defendants' response shall be due on or before April 13, 2022, and Plaintiffs' reply shall be due on or before April 27, 2022.

    DATED this 30th day of March, 2022.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court